UNITED STATES of America,
Appellant,

v.

James D. O'CONNOR.

No. 15236.

United States Court of Appeals,
Eighth Circuit.

Jan. 6, 1955.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Elmer J. Ryan and William P. Murphy, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 123 F. Supp. 385, dismissed on stipulation of parties.

---

LONDON GUARANTEE AND ACCIDENT COMPANY, LIMITED,
Appellant,

v.

ASLESEN COMPANY.

No. 15250.

United States Court of Appeals,
Eighth Circuit.

Jan. 24, 1955.

Jerome M. Daly, St. Paul, Minn., for appellant.

Merlyn C. Green, Jerome B. Simon and Bundlie, Kelley & Maun, St. Paul, Minn., for appellee.

PER CURIAM.

Motion of appellee to dismiss appeal from District Court granted and appeal dismissed because order attempted to be appealed from is not appealable.

---

J. S. LAMB, as Collector of Internal Revenue for the District of North Dakota, Appellant,

v.

Adam BELLON and Frances Bellon.

No. 15252.

United States Court of Appeals,
Eighth Circuit.

Jan. 19, 1955.

Robert Vogel, U. S. Atty., Garrison, N. D., and Ralph B. Maxwell, Asst. U. S. Atty., Fargo, N. D., for appellant.

A. O. Ginnow, Jamestown, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

---

Harold Eugene ELLIS, Sr.,
Appellant,

v.

UNITED STATES of America.

No. 15253.

United States Court of Appeals,
Eighth Circuit.

Jan. 4, 1955.

Harold Eugene Ellis, Sr., pro se.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, for want of prosecution, on motion of appellee.